**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

GREGORY SALVI                                                                    PETITIONER
Reg. No. 46731-424

v.                                        Case No. 2:20-cv-00016 JTK

DEWAYNE HENDRIX,                                                         RESPONDENT
*Warden, FCI Forrest City*

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED,

ORDERED and ADJUDGED that the petition for writ of habeas corpus is DENIED and

DISMISSED WITH PREJUDICE.

SO ADJUDGED this 8th day of February, 2021.

_____
UNITED STATES MAGISTRATE JUDGE